

| | | | | |
|---|---|---|---|---|
| Littlejohn v. State .............. | 02A04–1608–CR–1936 | 04/10/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Lara–Sangines v. State ......... | 55A05–1612–CR–2935 | 04/10/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Howard v. State ............... | 49A02–1609–CR–2105 | 04/11/2017 | BRADFORD, J.<br><br><br><br><br><br>NAJAM, J.<br>RILEY, J. | We Reverse and Remand for a new trial for the SVF enhancement in Count I<br>Concurs<br>Concurs |
| Johnson v. State ............... | 49A04–1611–CR–2486 | 04/11/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Linstrom v. Golden Living Center–Woodlands ............... | 93A02–1607–EX–1645 | 04/11/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Owens v. State ................. | 69A05–1612–CR–2903 | 04/11/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Davis v. State .................. | 45A03–1606–CR–1636 | 04/12/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Thinnes v. State ................ | 27A02–1606–CR–1305 | 04/12/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Shaw v. Shaw .................. | 29A04–1607–DR–1556 | 04/12/2017 | PYLE, J.<br><br><br><br>BAKER, J.<br>MATHIAS, J. | Affirmed in part, Reversed in part, and Remanded<br>Concurs<br>Concurs |
| Defries v. Board of Commissioners of Posey County ........... | 65A05–1508–MI–1249 | 04/12/2017 | ALTICE, J.<br>ROBB, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |